UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01243-KES-HBK (PC)<br><br>ORDER GRANTING MOTION TO EXTEND CASE MANAGEMENT AND SCHEDULING DEADLINES<br><br>(Doc. No. 37) |

　　　　Pending before the Court is Defendants' Motion to Extend Case Management and Scheduling Deadlines filed September 9, 2024. (Doc. No. 37). Defendants request a 60-day extension to several of the pending case management deadlines due to delays in scheduling Plaintiff's deposition. (*Id*. at 3). Defendant represent that Plaintiff has no objection to extending the deadlines. (*Id*. at 1). The Court finds good cause to grant a 60-day extension to the deadlines for completing all non-expert discovery, for filing a settlement report, and for filing dispositive motions. Fed. R. Civ. P. 16(b)(4).

　　　　The Court also notes that this case was not assigned for early alternative dispute resolution. To the extent the Parties believe that a settlement conference or mediation may be fruitful, the Parties may contact the ADR Program Coordinator, Sujean Park

(spark@caed.uscourts.gov) who can arrange a settlement conference.

Accordingly, it is **ORDERED:**

1. Defendants' Motion to Extend Case Management and Scheduling Deadlines (Doc. No. 37) is GRANTED to the extent set forth herein.

2. The following amended dates shall govern the management of this action.

| Action or Event | Date |
| --- | --- |
| Deadline to file motions to compel | 12/02/2024 |
| Deadline to complete non-expert discovery | 12/16/2024 |
| Deadline to file settlement report | 01/10/2025 |
| Dispositive motions deadline | 03/17/2025 |

3. The remaining deadlines and procedures set forth in the January 16, 2024 Case Management and Scheduling Order (Doc. No. 34) otherwise shall govern this action.

Dated:   September 11, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2