UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>FAYE MONTEGRANDE AND OLUFEMI OWOLABI,<br><br>        Defendants. | No. 1:20-cv-01243-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Docs. 45, 47 |

Plaintiff Curtis Miller is proceeding pro se and in forma pauperis in this prisoner action filed pursuant to 42 U.S.C. § 1983. Docs. 1, 29. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2025, defendants Montegrande and Owolabi filed a motion for summary judgment, arguing that they were not deliberately indifferent to plaintiff's serious medical needs and are entitled to qualified immunity. Doc. 45. Plaintiff did not file an opposition to the motion for summary judgment. On July 31, 2025, the assigned magistrate judge issued findings and recommendations that recommended granting Montegrande and Owolabi's motion for summary judgment, finding that there was no genuine dispute of material fact and that defendants did not act with deliberate indifference to plaintiff's serious medical condition. Doc. 45 at 1. The

findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days of service. *Id.* at 22. Plaintiff has not filed any objections and the time to do so has passed. *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 31, 2025, Doc. 47, are adopted in full;
2. Defendants' motion for summary judgment, Doc. 45, is granted; and
3. The Clerk of the Court is directed to enter judgment for defendants and close this case.

IT IS SO ORDERED.

Dated:   September 21, 2025

UNITED STATES DISTRICT JUDGE

2